## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

CODY POWELL,                                    )
                                                )
        Petitioner,                     )
                                                )
v.                                              )         Case No. CIV-26-321-R
                                                )
STEPHENS COUNTY DISTRICT                        )
COURT,                                          )
                                                )
        Respondent.                     )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Chris M. Stephens, entered on February 26, 2026 [Doc. No. 5]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Stephens is ADOPTED in its entirety and Petitioner's Emergency Petition for Writ of Mandamus [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 23rd day of April, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE